No. 13,175.

GUARDIAN TRUST COMPANY *v.* JACKSON.
(16 P. [2d] 1119)

Decided December 5, 1932.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. EVERETT BELL, for plaintiff in error.

Mr. F. J. KNAUSS, for defendant in error.